<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-4420**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WIDNEY TREVOR DINNALL,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Aiken. Dennis W. Shedd, District Judge. (CR-98-946-DSW)

_____

Submitted: October 23, 2002          Decided: November 22, 2002

_____

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Widney Trevor Dinnall, Appellant Pro Se. Beth Drake, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Widney Trevor Dinnall appeals the district court's fourth order forfeiting substitute assets. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Dinnall, No. CR-98-946-DWS (D.S.C. filed May 1, 2002; entered May 2, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED